**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Robert Redmon, individually, and on behalf of all others similarly situated, ) | ) ) ) | |
| Plaintiff, ) | ) | 07 C 2350 |
| v. ) | ) | Judge Castillo |
| Uncle Julio's of Illinois, Inc., ) d/b/a Uncle Julio's Hacienda, ) | ) ) | Magistrate Nolan |
| Defendant. ) | | |

**PLAINTIFF'S SUPPLEMENTAL SUBMISSION
IN SUPPORT OF MOTION TO EXTEND DISCOVERY**

1. On April 22, 2008, plaintiff filed a motion to compel Uncle Julio's to submit to depositions, or alternatively to extend discovery. In that motion, plaintiff indicated that third party discovery would likely be completed by April 30, 2008. This supplemental submission identifies further discovery abuse, and provides additional justification for an extension of discovery.

2. Defendant's response to plaintiff's discovery request: "Identify all third parties and/or vendors that have been involved in processing credit card transactions for Illinois customers since January I, 2000," defendant objected, and indicated the following:

> Chase Bank
> Darlene Schmidt
> 800-326-7907 ext. 5427
> DSchmidt@chasemerchantservices.com

Chase Bank is the processor of Uncle Julio's credit cards.

3. Since that time, plaintiff has been on a bit of a "wild goose chase" for defendant's contracts and FACTA related documents from "Chase Bank" and other Chase-related entities.

4. Various Chase entities have had a hard time locating defendant in their records due to the incomplete and inconsistent information that defendant has provided, and to changes in the card processing company's corporate structure and recordkeeping. This is at least partially why plaintiff moved to compel defendant to give plaintiff its account number with "Chase Bank" in November 2007, which motion is still pending.

5. Plaintiff issued two subpoenas to Chase Bank in the summer and fall of 2007, to which no substantive response was provided because Chase could not identify defendant in its records.

6. Plaintiff filed his motion to compel Uncle Julio's to produce its account number(s) with its processing company on November 20, 2008, so that "Chase Bank" could do a reasonable search for defendant in its records.

7. On March 17, 2008, plaintiff issued a subpoena to ChasePaymentech, a company that does credit card processing that is 50% owned by JPMorganChase. On April 30, 2008, plaintiff's counsel Alexander Burke had a conversation with Emma Coronado in Chase Paymentech's subpoena compliance department, who explained that (a) "Chase Bank" does not do credit card processing, (b) that Darlene Schmidt had not worked with Uncle Julio's in the "last few years" and that Ms. Schmidt was not the person primarily responsible for any relationship between Uncle Julio's and any entity related to Chase Paymentech, (c) that "Chase Merchant Services," which Ms. Schmidt's email indicates she works for, no longer exists as a credit card processing company, and has not existed as such for some time, (d) that Chase Paymentech does not have a contract with Uncle Julio's; instead, it has a contract with a company called "Ruby Tuesday's" that may control its relationship with Uncle Julio's, and (e) that Chase could not provide any information

at all about Uncle Julio's because it cannot tell from the information provided what entity dealt with Uncle Julio's.

8. Chase Paymentech was even unable to produce documents as account statements or contracts.

9. Plaintiff reiterates his request that this Court compel defendant to provide transparent information about companies that have been involved in its credit card processing between January 1, 2002, and the date this lawsuit was filed, including the name of the company, the account number and the contact person. The fact that defendant has provided incomplete and misleading information about its credit card processing company in discovery is further reason to extend discovery.

Respectfully submitted,

/s/Alexander H. Burke

Keith J. Keogh
Alexander H. Burke
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe Street, Suite 2000
Chicago, Il 60606
312.726.1092/ 312.726.1093 (fax)

**CERTIFICATE OF SERVICE**

I, Alexander H. Burke hereby certify that on April 30, 2008, I caused a true and correct copy the forgoing document to all attorneys of record through the ECF system for the Northern District of Illinois.

/s/Alexander H. Burke